**Virgil Atwell MOTLEY, Petitioner–Appellant,**

v.

**Charles E. THOMPSON, Warden, Respondent–Appellee.**

No. 02–7516.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Virgil Atwell Motley, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Virgil Atwell Motley seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Motley has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*DISMISSED.*